JOHN H. SQUIRES

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
ANDERSON, STEPHEN L                       §    Case No. 07-18024 SQU
                                          §
              Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

Case 07-18024 Doc 41 Filed 06/26/11 Entered 06/16/11 11:22:06 Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT** Page: 1
Document Page 3 of 10
**ASSET CASES**

| | | | | | Exhibit A |
|---|---|---|---|---|---|
| Case No: | 07-18024 SQU Judge: JOHN H. SQUIRES | | Trustee Name: | | GINA B. KROL |
| Case Name: | ANDERSON, STEPHEN L | | Date Filed (f) or Converted (c): | | 10/02/07 (f) |
| | | | 341(a) Meeting Date: | | 11/13/07 |
| For Period Ending: 05/10/11 | | | Claims Bar Date: | | 02/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENTIAL HOME LOCATED AT 534 COCHISE PLACE, CAR | 240,000.00 | 20,880.92 | | 0.00 | FA |
| 2. CASH ON HAND. | 20.00 | 20.00 | | 0.00 | FA |
| 3. HARRIS BANK CHECKING ACCOUNT LOCATED IN CAROL STRE | 961.24 | 961.24 | | 0.00 | FA |
| 4. WASHINGTON MUTUAL CHECKING ACCOUNT, P.O. BOX 2437, | 385.00 | 385.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AS FOLLOWS: LIVING ROOM - CHAIR, C | 975.00 | 975.00 | | 0.00 | FA |
| 6. NORMAL AND CUSTOMARY MEN'S WEARING APPAREL. | 100.00 | 100.00 | | 0.00 | FA |
| 7. MEN'S WATCH; WEDDING RING. | 75.00 | 75.00 | | 0.00 | FA |
| 8. CAMCORDER. ONE-HALF VALUE LISTED. | 100.00 | 100.00 | | 0.00 | FA |
| 9. FARMERS NEW WORLD LIFE INSURANCE COMPANY WHOLE LIF | 1,143.14 | 1,143.14 | | 0.00 | FA |
| 10. LIFE INSURANCE POLICY PROVIDED BY DEBTOR'S EMPLOYE | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401 (K) PLAN THROUGH DEBTOR'S EMPLOYER, UPS SAVING | 8,197.01 | 8,197.01 | | 0.00 | FA |
| 12. PENSION PLAN PROVIDED THROUGH DEBTOR'S EMPLOYER, U | 0.00 | Unknown | | 0.00 | FA |
| 13. UPS QUALIFIED STOCK OWNERSHIP RETIREMENT PLAN. | 3,063.49 | 3,063.49 | | 0.00 | FA |
| 14. DEBTOR'S ESTIMATED FEDERAL AND STATE INCOME TAX RE | 5,947.16 | 5,947.16 | | 5,899.15 | FA |
| 15. 1999 CHEVROLET LUMINA WITH 97,000 MILES AND HAIL D | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 16. 2006 FORD FREESTAR SEL MINIVAN WITH 23,000 MILES. | 15,500.00 | 15,500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.46 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $277,467.04 $58,347.96 $5,906.61 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated tax refund. Trustee to review claims and prepare final report

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 05/31/11

**UST Form 101-7-TFR (10/1/2010)** *(Page: 3)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 07-18024    SQU    Judge: JOHN H. SQUIRES | Trustee Name:    GINA B. KROL |
| Case Name: | ANDERSON, STEPHEN L | Date Filed (f) or Converted (c):    10/02/07 (f) |
| | | 341(a) Meeting Date:    11/13/07 |
| | | Claims Bar Date:    02/14/08 |

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-18024 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | ANDERSON, STEPHEN L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9488 BofA - Money Market Account |
| Taxpayer ID No: | *******1102 | | | |
| For Period Ending: | 05/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/10/08 | 14 | Law Office of David Boersma<br>330 S. Naperville Rd., Ste. 300<br>Wheaton, IL 60187 | Tax Refund | 1124-000 | 5,899.15 | | 5,899.15 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.36 | | 5,899.51 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.75 | | 5,900.26 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.74 | | 5,901.00 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.73 | | 5,901.73 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.57 | | 5,902.30 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.48 | | 5,902.78 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 5,903.08 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,903.13 |
| 02/17/09 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.60 | 5,898.53 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,898.58 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,898.63 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,898.76 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,898.90 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,899.06 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.36 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.51 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.66 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.81 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.96 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,900.10 |
| 02/09/10 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.38 | 5,895.72 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,895.86 |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

Page Subtotals    5,904.84    8.98

LFORM24

Ver: 16.02b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-18024 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | ANDERSON, STEPHEN L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9488 BofA - Money Market Account |
| Taxpayer ID No: | *******1102 | | | |
| For Period Ending: | 05/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,896.02 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.17 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.32 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.47 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.62 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,896.78 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.93 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,897.07 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,897.23 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,897.38 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,897.53 |
| 02/07/11 | 000303 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 5.00 | 5,892.53 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,892.58 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,892.63 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 5,906.61 | 13.98 | 5,892.63 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,906.61 | 13.98 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,906.61 | 13.98 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********9488 | 5,906.61 | 13.98 | 5,892.63 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,906.61 | 13.98 | 5,892.63 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*                                  Page Subtotals     1.77     5.00

Ver: 16.02b
LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-18024 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | ANDERSON, STEPHEN L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9488 BofA - Money Market Account |
| Taxpayer ID No: | *******1102 | | |
| For Period Ending: | 05/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

BofA - Money Market Account - *******9488

| | | | Page Subtotals | | 0.00 | 0.00 | |

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-18024 SQU  
Case Name: ANDERSON, STEPHEN L  
Trustee Name: GINA B. KROL  

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery II | $ | $ | $ |
| 000002 | Discover Bank/DFS Services LLC | $ | $ | $ |
| 000003 | CHASE BANK USA, NA | $ | $ | $ |
| 000004 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000005 | American Express Bank FSB | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE