UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ANDERSON, STEPHEN L | ) | Case No. 07-18024-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

## APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on October 2, 2007. On November 30, 2007 an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,725.50, in compensation for 4.40 hours of services performed for the period November 21, 2007 through present and reimbursement of actual expenses in the amount of $3.17.

3. A description of the nature of the services rendered by the Applicant is as follows:

EXEMPTIONS

At the Trustee's request, Cohen & Krol reviewed the Debtor's claimed Schedule C exemption. Cohen & Krol communicated with the Debtor's attorney regarding errors in Schedule C and requested an amendment. Cohen & Krol extended the deadline for the Trustee to objection to Schedule C exemption claims to allow Debtor to time to amend. Debtor amended Schedule C and turned over the proceeds of the income tax refund to the Trustee resulting in a dividend to creditors. Cohen & Krol expended 1.45 hours in the activity of Exemptions.

OBJECTION TO CLAIM

  Cohen & Krol reviewed the secured claim filed by Capital One Auto Finance based upon an automobile sale transaction and filed Trustee's Motion to Determine Value of Secured Claim. Cohen & Krol expended 1.55 hours in the activity of Objection to Claim.

PROFESSIONAL EMPLOYMENT

  As required under the Bankruptcy Code, Cohen & Krol prepared and presented Trustee's Application to Employ Attorneys for the Trustee to assist her in the administration of the Estate. Cohen & Krol expended 1.40 hours in the activity of Professional Employment.

  4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

  5. The time expended and services rendered by Applicant is summarized as follows:

| | | | |
|---|---|---|---|
| GINA B. KROL - 2007 | 1.40 | 375.00 | $525.00 |
| GINA B. KROL - 2008 | 1.45 | 395.00 | $572.75 |
| GINA B. KROL 2011 | 1.55 | 405.00 | $627.75 |

      6.      Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

      7.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

      8.      At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

      WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,725.50 and reimbursement of actual and necessary expenses of $3.17 for legal services rendered in this case.

      RESPECTFULLY SUBMITTED,

Date: May 10, 2011      /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**