UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ANDERSON, STEPHEN L § Case No. 07-18024 SQU
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/22/2011 in Courtroom 4016,
        DuPage County Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60108
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/16/2011            By: CLERK OF BANKRUPTCY COURT


GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
ANDERSON, STEPHEN L                   §    Case No. 07-18024 SQU
                                      §
            Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,906.71 |
| and approved disbursements of | $ | 13.98 |
| leaving a balance on hand of[1] | $ | 5,892.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,340.67 | $ 0.00 | $ 1,340.67 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,725.50 | $ 0.00 | $ 1,725.50 |
| Other: International Sureties Ltd. | $ 5.00 | $ 5.00 | $ 0.00 |
| Other: Cohen & Krol | $ 3.17 | $ 0.00 | $ 3.17 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,069.34 |
| Remaining Balance | $ 2,823.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,621.66  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital Recovery II | $ 1,919.31 | $ 0.00 | $ 203.55 |
| 000002 | Discover Bank/DFS Services LLC | $ 5,805.18 | $ 0.00 | $ 615.67 |
| 000003 | CHASE BANK USA, NA | $ 3,030.67 | $ 0.00 | $ 321.43 |
| 000004 | eCAST Settlement Corporation assignee of | $ 206.94 | $ 0.00 | $ 21.95 |
| 000005 | American Express Bank FSB | $ 15,659.56 | $ 0.00 | $ 1,660.79 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,823.39 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                    Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                           Case No. 07-18024-JHS
Stephen L Anderson                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez              Page 1 of 2              Date Rcvd: Jun 17, 2011
                              Form ID: pdf006            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2011.
db            Stephen L Anderson,    534 Cochise Place,   Carol Stream, IL  60188-1518
aty           David J Boersma,    Law Office of David Boersma,   1776-A South Naperville Road,   Suite 200,
               Wheaton, IL  60189-5843
tr           +Gina B Krol,    Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
11649209      American Express,    Box 0001,   Los Angeles, CA  90096-0001
11649210      American Express,    PO Box 297879,   Ft Lauderdale, FL  33329-7879
11696668      American Express Bank FSB,    PO Box 3001,   Malvern, PA 19355-0701
11649207      Anderson Stephen L,    534 Cochise Pl,   Carol Stream, IL  60188-1518
14349594      CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE  19850-5145
11919365      Capital One Auto Finance,    P.O.Box 829009,   Dallas Tx 75382-9009
11649212      Chase Bank USA,    Cardmember Services,   PO Box 15153,   Wilmington, DE  19886-5153
11798467      Chase Bank USA,    c o Weinstein and Riley, PS,   po box 3978,   seattle, WA 98124-3978
11649208     +Law Office Of David J Boersma,    330 S Naperville Road Suite 300,   Wheaton, IL 60187-5442
11649216      Rima Anderson,    534 Cochise Pl,   Carol Stream, IL  60188-1518
11696669     +eCAST Settlement Corporation,    POB 35480,   Newark, NJ 07193-5480
11904311      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11649211      E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 17 2011 22:59:18
               Capital One Auto Finance,    PO Box 93016,   Long Beach, CA  90809-3016
12657916     +E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2011 23:58:04     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11649213      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2011 23:56:10     Discover Card,   PO Box 30395,
               Salt Lake City, UT  84130-0395
11649214      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2011 23:56:10     Discover Financial Services,
               PO Box 3008,    New Albany, OH  43054-3008
11769367      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 17 2011 23:56:10
               Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
11649215      E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2011 23:58:01     Lowe's,   PO Box 530914,
               Atlanta, GA  30353-0914
12657917      E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2011 23:58:05
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11768291     +E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2011 23:58:05
               Recovery Management Systems Corporation,    For GE Money Bank,   dba LOWES CONSUMER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11649217      E-mail/Text: bnc@ursi.com Jun 17 2011 22:59:44     United Recovery Systems,
               For American Express,    5800 N Course Dr,   Houston, TX  77072-1613
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Gina B Krol,    Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
11649219     ##Washington Mutual,    PO Box 78065,   Phoenix, AZ  85062-8065
11649218     ##+Washington Mutual,    PO Box 2437,   Chatsworth, CA 91313
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez            Page 2 of 2            Date Rcvd: Jun 17, 2011
                              Form ID: pdf006          Total Noticed: 24

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2011**               **Signature:**      /s/ Joseph Speetjens