UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ANDERSON, STEPHEN L § Case No. 07-18024
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington Mutual | | | | | |
| | Washington Mutual | | | | | |
| | Washington Mutual | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CAPITAL ONE AUTO FINANCE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lowe's | | | | | |
| 000005 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000001 | CAPITAL RECOVERY II | | | | | |
| 000003 | CHASE BANK USA, NA | | | | | |
| 000002 | DISCOVER BANK/DFS SERVICES LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 07-18024 Doc 50 Filed 11/08/11 Entered 11/08/11 10:34:56 Desc Main
Document Page 7 of 13

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-18024 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | ANDERSON, STEPHEN L | | | Date Filed (f) or Converted (c): | 10/02/07 (f) |
| | | | | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: | 11/02/11 | | | Claims Bar Date: | 02/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENTIAL HOME LOCATED AT 534 COCHISE PLACE, CAR | 240,000.00 | 20,880.92 | | 0.00 | FA |
| 2. CASH ON HAND. | 20.00 | 20.00 | | 0.00 | FA |
| 3. HARRIS BANK CHECKING ACCOUNT LOCATED IN CAROL STRE | 961.24 | 961.24 | | 0.00 | FA |
| 4. WASHINGTON MUTUAL CHECKING ACCOUNT, P.O. BOX 2437, | 385.00 | 385.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS AS FOLLOWS: LIVING ROOM - CHAIR, C | 975.00 | 975.00 | | 0.00 | FA |
| 6. NORMAL AND CUSTOMARY MEN'S WEARING APPAREL. | 100.00 | 100.00 | | 0.00 | FA |
| 7. MEN'S WATCH; WEDDING RING. | 75.00 | 75.00 | | 0.00 | FA |
| 8. CAMCORDER. ONE-HALF VALUE LISTED. | 100.00 | 100.00 | | 0.00 | FA |
| 9. FARMERS NEW WORLD LIFE INSURANCE COMPANY WHOLE LIF | 1,143.14 | 1,143.14 | | 0.00 | FA |
| 10. LIFE INSURANCE POLICY PROVIDED BY DEBTOR'S EMPLOYE | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401 (K) PLAN THROUGH DEBTOR'S EMPLOYER, UPS SAVING | 8,197.01 | 8,197.01 | | 0.00 | FA |
| 12. PENSION PLAN PROVIDED THROUGH DEBTOR'S EMPLOYER, U | 0.00 | Unknown | | 0.00 | FA |
| 13. UPS QUALIFIED STOCK OWNERSHIP RETIREMENT PLAN. | 3,063.49 | 3,063.49 | | 0.00 | FA |
| 14. DEBTOR'S ESTIMATED FEDERAL AND STATE INCOME TAX RE | 5,947.16 | 5,947.16 | | 5,899.15 | FA |
| 15. 1999 CHEVROLET LUMINA WITH 97,000 MILES AND HAIL D | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 16. 2006 FORD FREESTAR SEL MINIVAN WITH 23,000 MILES. | 15,500.00 | 15,500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.64 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $277,467.04      $58,347.96      $5,906.79      $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted her final report

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 05/31/11

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-18024　SQU　Judge: JOHN H. SQUIRES | |
| Case Name: | ANDERSON, STEPHEN L | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 10/02/07 (f) |
| 341(a) Meeting Date: | 11/13/07 |
| Claims Bar Date: | 02/14/08 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-18024 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ANDERSON, STEPHEN L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9488 BofA - Money Market Account |
| Taxpayer ID No: | *******1102 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/10/08 | 14 | Law Office of David Boersma<br>330 S. Naperville Rd., Ste. 300<br>Wheaton, IL 60187 | Tax Refund | 1124-000 | 5,899.15 | | 5,899.15 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.36 | | 5,899.51 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.75 | | 5,900.26 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.74 | | 5,901.00 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.73 | | 5,901.73 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.57 | | 5,902.30 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.48 | | 5,902.78 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 5,903.08 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,903.13 |
| 02/17/09 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.60 | 5,898.53 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,898.58 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,898.63 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,898.76 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,898.90 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,899.06 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.21 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.36 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.51 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.66 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.81 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,899.96 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,900.10 |
| 02/09/10 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.38 | 5,895.72 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,895.86 |

Page Subtotals 5,904.84 8.98

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 07-18024 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ANDERSON, STEPHEN L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9488 BofA - Money Market Account |
| Taxpayer ID No: | *******1102 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,896.02 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.17 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.32 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.47 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.62 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,896.78 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,896.93 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,897.07 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,897.23 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,897.38 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,897.53 |
| 02/07/11 | 000303 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 5.00 | 5,892.53 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,892.58 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,892.63 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,892.68 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.05 | | 5,892.73 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-002 | 0.05 | | 5,892.78 |
| 07/22/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.03 | | 5,892.81 |
| 07/22/11 | | Transfer to Acct #*******4043 | Final Posting Transfer | 9999-000 | | 5,892.81 | 0.00 |

Page Subtotals  1.95  5,897.81

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 16.04e

LFORM24

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-18024 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | ANDERSON, STEPHEN L | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9488 BofA - Money Market Account |
| Taxpayer ID No: | *******1102 | | |
| For Period Ending: | 11/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,906.79 | 5,906.79 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,892.81 | |
| | | | Subtotal | | 5,906.79 | 13.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,906.79 | 13.98 | |

Page Subtotals 0.00 0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

LFORM24

Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 07-18024 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ANDERSON, STEPHEN L | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4043 BofA - Checking Account |
| Taxpayer ID No: | *******1102 | | | |
| For Period Ending: | 11/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/11 | | Transfer from Acct #*******9488 | Transfer In From MMA Account | 9999-000 | 5,892.81 | | 5,892.81 |
| 07/22/11 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,340.67 | 4,552.14 |
| 07/22/11 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 1,156.08 | 3,396.06 |
| 07/22/11 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney Expenses per Court Order | 3120-000 | | 3.17 | 3,392.89 |
| 07/22/11 | 003004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 569.42 | 2,823.47 |
| 07/22/11 | 003005 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000001, Payment 10.60589% | 7100-900 | | 203.56 | 2,619.91 |
| 07/22/11 | 003006 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 10.60587% | 7100-900 | | 615.69 | 2,004.22 |
| 07/22/11 | 003007 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000003, Payment 10.60591% | 7100-900 | | 321.43 | 1,682.79 |
| 07/22/11 | 003008 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000004, Payment 10.60694% | 7100-900 | | 21.95 | 1,660.84 |
| 07/22/11 | 003009 | American Express Bank FSB<br>PO Box 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 10.60592% | 7100-900 | | 1,660.84 | 0.00 |

Page Subtotals    5,892.81    5,892.81

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.04e

LFORM24

FORM 2                                                                                     Page: 5
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-18024 -SQU | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|
| Case Name: | ANDERSON, STEPHEN L | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | Account Number / CD #: | *******4043  BofA - Checking Account | |
| Taxpayer ID No: | *******1102 | | | |
| For Period Ending: | 11/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,892.81 | 5,892.81 | 0.00 |
| Less: Bank Transfers/CD's | 5,892.81 | 0.00 | |
| Subtotal | 0.00 | 5,892.81 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,892.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********9488 | 5,906.79 | 13.98 | 0.00 |
| BofA - Checking Account - ********4043 | 0.00 | 5,892.81 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,906.79 | 5,906.79 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

UST Form 101-7-TDR (5/1/2011) (Page: 13)                                                Ver: 16.04e
LFORM24